**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ **Division**

In re:  William M. Wilkinson

Case No.  08-32783-KRH

Chapter   13

Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

A Discharge of Debtor(s) was entered on the docket on __October 30, 2013_____.
The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

**ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date:  Nov 7 2013                          /s/ Kevin R. Huennekens_____
                                           United States Bankruptcy Judge

                                           NOTICE OF JUDGMENT OR ORDER
                                           ENTERED ON DOCKET:  Nov 7, 2013

[ver. 12/03]